IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00772-ZLW-KLM

DAVID MILLER,

    Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 6; filed June 3, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

Dated:    June 3, 2008