IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00772-ZLW-KLM

DAVID MILLER,

    Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

    Defendant.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Telephonic Appearance at Settlement Conference** [Docket No. 16; Filed June 27, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant's representative is directed to contact Chambers at (303)-335-2770 at the appointed date and time to participate in the settlement conference.

    Dated:    June 30, 2008