**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE ZITA L. WEINSHIENK**

---

Courtroom Deputy: Valeri P. Barnes          Date: September 18, 2008
Court Reporter: Gwen Daniel

---

**Civil Case No:** 08-cv-00772-ZLW-KLM

<u>Parties</u>                                    <u>Counsel</u>

DAVID MILLER,                             David Larson

      Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES,               Sara Green
LLC, a Delaware limited liability
company,

      Defendant.

---

**COURTROOM MINUTES**

---

**HEARING: Motion For Attorneys Fees And Costs**

**2:12 p.m.**    **Court in session**.

Argument by counsel.

**ORDERED:**  Plaintiff's Motion For Attorneys Fees And Costs **(21)** is **granted in part**. Attorneys Fees are awarded in the amount of $3,050.00.

**ORDERED:**  Judgment shall enter in the amount of $1,001.00, plus $3,050 in attorneys fees, plus $420.00 in costs.

**3:00 p.m.**    **Court in recess/hearing concluded.**

Total in-court time: 00:48